FILED
JUN 21 2017

RECEIVED
JUN 15 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
Northern District of California

Manuel Alvarez Cabello Ramirez [plaintiff],
Plaintiff
vs.
Google Inc. [Name of defendant],
Defendant

C V 17 3570

COMPLAINT FOR INFRINGEMENT

EDL

## JURISDICTION

1. This is an action seeking relief with respect to infringement of a United States Patent. Therefore, this court has jurisdiction of this action under 28 U.S.C. § 1338.

## THE PATENT AND ITS OWNERS

E-Mail juan27ram@gmail.com

2. On August 2016 [date], the Plaintiff was issued United States Patent No. (510)850-2699. Since that date, Plaintiff has been and still is the owner of the Patent in question.

3. The Patent was issued in connection with Software Upgrades [describe invention].

4. Among other things, the Patent lists the following claims:

Goggle, Aquired Software Upgrades provided by myself, the Plaintiff Manuel Alvarez Cabello Ramirez, Device #(510)850-2699, E-mail Address: juan27ram@gmail.com and never paid me for my Services.

090

17 3570 GPL

1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

76066097

Services are [Describe relevant features of patent that are being infringed]. being sold without my permission and/or I have not been compensated for my work.

## INFRINGEMENT BY DEFENDANT

5. From at least August 2016 [date], Defendant has been and still is infringing the Patent in question by making, selling, and using a product entitled (510) 850-2699 [name of infringing product]. Juan27ram@gmail.com

6. The Defendant's product infringes on the patented invention by making, selling and using product [describe infringing characteristics]. without proper payment made to myself Manuel Alvarez Cabello Ramirez for Software upgrades.

## CLAIM FOR RELIEF

7. Plaintiff has placed any and all required statutory notices on all products manufactured and sold by Plaintiff under the Patent.

8. On August 2016 [date], the Plaintiff demanded that Defendant cease and desist from its infringement of Plaintiff's patent by means of a written demand letter, a true and correct copy of which is attached to this complaint and incorporated by reference in it as Exhibit "_____."

9. Defendant has failed and refused to desist from infringing on Plaintiff's patent, and will continue to so infringe on Plaintiff's patent unless enjoined by this court.

10. Defendant's infringing conduct has damaged Plaintiff in a sum to be shown by proof at trial.

## PRAYER

090                                    2

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Plaintiff requests:

A. A temporary restraining order and a preliminary injunction prohibiting the Defendant from infringing on the patent during the pendency of this action;

B. A final and permanent injunction restraining the Defendant's and any of the Defendants agents, servants, employees, or other persons against continued infringement;

C. An accounting for damages caused by the infringement of the Defendant;

D. An assessment of interest and costs against defendant; and

E. Any and all other relief to which Plaintiff may be entitled.

Dated: 06/13/2017

Manuel Alvarez Cabello Ramirez

juan27ram@gmail.com

090                                3

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.